IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: April 05, 2019.



_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

In re:

CHRISTINA L. ESPINOZA,

Debtor.

Case No 19-50345

Chapter 7

### ORDER GRANTING RESTRICTION OF ELECTRONIC ACCESS

Before the Court is Price Law Group and Attorney of Record Stuart M. Price's ("Movant") Motion for Redaction or Restriction of Electronic Access (the "Motion") filed on April 4, 2019 in the above-styled and numbered case [Docket No. 11]. The Motion asserts that the Declaration for Electronic Filing filed by Movant [Docket No. 8] contains certain personal information that should not have been included. Having reviewed the Motion and file in the case, the Court has determined that it will grant the relief stated in this order.

1     IT IS THEREFORE ORDERED that upon entry of this Order, the Clerk of the Court shall electronically restrict access to the original Declaration for Electronic Filing [Docket No. 8].

    IT IS FURTHER ORDERED that the Debtor re-file the original Declaration for Electronic Filing with all personal information redacted within thirty (30) days of entry of this order. The redacted Declaration for Electronic Filing will be deemed filed as of the date of the original filing.

### 

Stuart M. Price (SBN 150439)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA  91316
Phone: 818-995-4540
Fax: 818-995-9277
E-mail: stuart@pricelawgroup.com